THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. G. HYDE & SONS, Respondents, *v.* FRANK A. O'DONNEL et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Hyde & Sons* v. *O'Donnel,* 116 App. Div. 161, affirmed.
(Argued February 20, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1906, which affirmed an order of Special Term sustaining a writ of certiorari and reducing an assessment for taxation against the capital stock of the relator.

*William B. Ellison, Corporation Counsel (George S. Coleman* and *Curtis A. Peters* of counsel), for appellants.

*James J. Allen* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT and WERNER, JJ. Dissenting: HAIGHT and CHASE, JJ. Not voting: VANN, J.